

**ORDERED in the Southern District of Florida on March 23, 2022.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

BENSALZ PRODCUTIONS, LLC.,                          Case No. 21-21018-MAM
                                                    Chapter 11

       Debtor.

_____/

**ORDER GRANTING AGREED EX PARTE MOTION
TO CONTINUE CONFIRMATION HEARING OF
SUBCHAPTER V PLAN FILED BY DEBTOR (ECF No. 65)**

THIS CASE came before the Court without a hearing upon the *Agreed Ex Parte Motion to Continue Confirmation Hearing of Subchapter V Plan filed by Debtor* [ECF No. 65] (the "**Motion**"), filed by the Debtor Bensalz Productions, LLC. The Court has reviewed the Motion, noted the agreement of the parties to the relief sought in the Motion, and is otherwise fully advised. Accordingly, it is

       **ORDERED that:**

       1.      The Motion is **GRANTED**.

1

2.      The Confirmation Hearing scheduled for April 6, 2022 at 2:30 p.m. by the *Order*

*(I) Setting Hearing on Confirmation of Debtor's Subchapter V Plan; (II) Setting Hearing on Fee*

*Applications; (III) Describing Various Deadlines; and (IV) Describing Debtor's Obligations* [ECF

No. 56] is cancelled.

3.      The Confirmation Hearing and all attendant deadlines will be reset by a separate

*Amended Order (I) Setting Hearing on Confirmation of Debtor's Subchapter V Plan; (II) Setting*

*Hearing on Fee Applications; (III) Describing Various Deadlines; and (IV) Describing Debtor's*

*Obligations*.

### 

**Submitted by:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
*Attorneys for Debtor*
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
(561)395-0500/(561)338-7532 fax
E-Mail:  jrigoli@furrcohen.com

*Jason S. Rigoli, Esq. shall serve a copy of the signed order on all parties listed on the official court
matrix and file with the court a certificate of service conforming with Local Rule 2002-(F).*